IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANDERSON CARDOSO RODRIGUES**, <br> *Petitioner*, <br><br> **v.** <br><br> **JAMISON, J.L.**, <br> Warden, Federal Detention Center, Philadelphia, et al., <br> *Respondents*. | **Civ. No. 26-1407** |

## ORDER

**AND NOW**, this 10th day of March, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Anderson Cardoso Rodrigues, and all corresponding briefing, it is hereby **ORDERED** as follows:

1.     The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.     Rodrigues is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.     The Government shall **RELEASE** Rodrigues from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on March 11th, 2026.

4.     The Government is temporarily enjoined from re-detaining Rodrigues for seven days following his release from custody.

5.     If the Government chooses to pursue re-detention of Rodrigues after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral

immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge