## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDERSON CARDOSO RODRIGUES,**<br>        *Petitioner*,<br><br>    **v.**<br><br>**JAMISON, J.L.,**<br>Warden, Federal Detention Center,<br>Philadelphia, et al.,<br>        *Respondents*. | **Civil No. 26-1407** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents'

Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Courts is

directed to **CLOSE** this case.


        **BY THE COURT:**

        _____
        MARY KAY COSTELLO
        United States District Judge